# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-1308**                              **September Term, 2023**

**USTC-14410-15**

**Filed On: June 18, 2024** [2060543]

Johannes Lamprecht and Linda Lamprecht,

     Appellants

    v.

Commissioner of Internal Revenue,

     Appellee

## M A N D A T E

    In accordance with the judgment of April 23, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

            BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk

Link to the judgment filed April 23, 2024